| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Jennifer L. Braster<br>Nevada Bar No. 9982<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>(T) (702) 420-7000<br>(F) (702) 420-7001<br>jbraster@naylorandbrasterlaw.com<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA J. ROCHE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BARCLAYS BANK DELAWARE,<br>BOULDER DAM CREDIT UNION, and<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-01588-JAD-CWH<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S AND PLAINTIFF PAMELA J. ROCHE'S STIPULATION TO EXTEND TIME FOR EXPERIAN TO ANSWER COMPLAINT (First Request)**<br><br>Complaint filed: August 22, 2018 |

　　　　Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Pamela J. Roche ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

　　　　Plaintiff filed her Complaint on August 22, 2018. Experian was served on October 4, 2018. The deadline for Experian to respond to the Complaint is currently October 25, 2018. Plaintiff and Experian stipulate and agree that Experian shall have until November 26, 2018 to file its responsive pleading. This is Experian's first request for an extension of time to respond to

the Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow Experian time to investigate Plaintiff's claims.

**IT IS SO STIPULATED.**

DATED this 22nd day of October, 2018.     NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
jbraster@naylorandbrasterlaw.com
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

DATED this 22nd day of October, 2018.     KAZEROUNI LAW GROUP, APC

By: */s/ Michael Kind*
Michael Kind
6069 South Fort Apache Road
Suite 100
Las Vegas, NV 89148

*Attorneys for Plaintiff Pamela Roche*

**IT IS SO ORDERED.**

Dated this 24 day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE